**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                          Case No. 25-13587-amc
                                                                Chapter 13
Joseph M. Flood III

Debtor(s).

## NOTICE OF APPEARANCE

**Velocity Commercial Capital, LLC, a California Limited Liability Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 75736
       Stern & Eisenberg, PC
       1581 Main Street, Ste. 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: 215-572-8111
       Fax: 215-572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of September, 2025, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor(s)*

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter 13 Trustee*

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Joseph M. Flood III
1501 N 2nd St Unit 10
Philadelphia, PA 19122-3846

*Debtor(s)*

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire