United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph M. Flood, III  
    Debtor

Case No. 25-13587-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1  
Date Rcvd: Oct 08, 2025      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph M. Flood, III, 1501 N 2nd St Unit 10, Philadelphia, PA 19122-3846 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Joseph M. Flood III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor Velocity Commercial Capital  LLC, a California Limited Liability Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>JOSEPH M. FLOOD III<br><br><br>Debtor(s), | Bankruptcy No: 25-13587<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |
|---|---|

### ORDER GRANTING MOTION TO EXTEND TIME

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to October 20, 2025.

**Date: October 7, 2025**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge