## UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **IN RE:** | **CHAPTER:** 13 |
| Joseph M. Flood, III | |
| **Debtor(s)** | **CASE NO.** 25-13587 |

### CERTIFICATION OF NO PAYMENT ADVICES
### PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, <u>Joseph M. Flood, III</u>, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Pension and/or Retirement and/or Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: Oct 7, 2025

Joseph Flood (Oct 7, 2025 19:19:37 EDT)
Debtor

# Certification of No Payment Advices

Final Audit Report                                                                    2025-10-07

| | |
|---|---|
| Created: | 2025-10-07 |
| By: | Melodye Signil (signilmel.notary@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfF6Ctre60QLsDJLqEBiG2wuWCk0qkKK5 |

## "Certification of No Payment Advices" History

- Document created by Melodye Signil (signilmel.notary@gmail.com)
  2025-10-07 - 11:15:41 PM GMT- IP address: 162.204.108.173

- Document emailed to Joseph Flood (jflood211@gmail.com) for signature
  2025-10-07 - 11:16:09 PM GMT

- Email viewed by Joseph Flood (jflood211@gmail.com)
  2025-10-07 - 11:18:00 PM GMT- IP address: 74.125.210.34

- Document e-signed by Joseph Flood (jflood211@gmail.com)
  Signature Date: 2025-10-07 - 11:19:37 PM GMT - Time Source: server- IP address: 172.56.28.173

- Agreement completed.
  2025-10-07 - 11:19:37 PM GMT

Adobe Acrobat Sign