**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Joseph M. Flood III<br>　　　　Debtor(s)<br>Velocity Commercial Capital, LLC, a California Limited Liability Company<br>　　　　Movant<br>v.<br>Joseph M. Flood III<br>　　　　Respondent(s) | Chapter: 13<br><br>Case No: 25-13587-amc |

**OBJECTION OF VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 1501 NORTH 2ND STREET, UNIT 10, PHILADELPHIA, PA 19122-3846**

　　Velocity Commercial Capital, LLC, a California Limited Liability Company (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Joseph M. Flood (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

　　1.　On March 15, 2023, Bernadette Ferrell signed a note in the principal sum of $262,500.00 evidencing a loan from Dyamond Capital Inc, a/an Florida Corporation in the same amount, secured by the real property located at 1501 North 2nd Street, Unit 10, Philadelphia, PA 19122-3846 (hereinafter, the "Property"), as evidenced by a mortgage executed by Bernadette Ferrell and Joseph Flood III A/K/A Joseph M. Flood III A/K/A Joseph Flood in favor of Dyamond Capital Inc, a/an Florida Corporation, which mortgage is duly recorded with the Recorder of Deeds for Philadelphia County on March 16, 2023 as Instrument No. 54159550.

　　2.　The mortgage matured on April 1, 2025.

　　2.　By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

　　3.　Debtor filed the Chapter 13 Bankruptcy Petition on September 8, 2025 and as a result, any State Court proceedings were stayed.

　　4.　Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

　　　　a.　The Plan is infeasible in that the Plan:

　　　　　　i.　is underfunded and does not provide sufficient funds to pay the claims

　　　　　　ii.　does not provide for sufficient funds to Creditor in order to cure the total amount due to Creditor in the amount of $402,646.64 together with reasonable interest over the life of the plan. If Debtor were to pay the reasonable, contractual rate of 12.00%, then the total amount due over the life of the 60-month plan would be $537,399.13.

      5.  By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

      6.  This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

      WHEREFORE, Creditor, Velocity Commercial Capital, LLC, a California Limited Liability Company, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

      Respectfully submitted,

      STERN & EISENBERG, PC

      *By: /s/ Daniel P. Jones*
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876

Date: November 3, 2025      Counsel for Movant