## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Joseph M. Flood III<br>　　　　Debtor(s)<br>Velocity Commercial Capital, LLC, a California Limited Liability Company<br>　　　　Movant<br>v.<br>Joseph M. Flood III<br>　　　　Respondent(s) | Chapter: 13<br><br>Case No: 25-13587-amc |

### ORDER

AND NOW, this _____ day of _____, 20____ upon the Objection of Velocity Commercial Capital, LLC, a California Limited Liability Company and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE