**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Joseph M. Flood III<br>　　　　　Debtor(s)<br>Velocity Commercial Capital, LLC, a California<br>Limited Liability Company<br>　　　　　Movant<br>v.<br>Joseph M. Flood III<br>　　　　　Respondent(s) | Chapter: 13<br><br>Case No: 25-13587-amc |

<u>**CERTIFICATE OF SERVICE OF OBJECTION TO PLAN**</u>

　　　　I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Joseph M. Flood III
1501 N 2nd St Unit 10
Philadelphia, PA 19122-3846
**Debtor(s)**

　　　　　　　　　　　　　　STERN & EISENBERG, PC
　　　　　　　　　　　　　　*By: /s/ Daniel P. Jones*
　　　　　　　　　　　　　　Daniel P. Jones, Esquire
　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　djones@sterneisenberg.com
　　　　　　　　　　　　　　Bar Number: 321876
Date: November 3, 2025　　　　Counsel for Movant