UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br> JOSEPH M. FLOOD III<br>  Debtor(s)<br>VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>  Movant<br>v.<br>JOSEPH M. FLOOD III<br>  Debtor(s)<br>BERNADETTE FERRELL<br>  Co-Debtor<br>KENNETH E. WEST<br>  Trustee<br>  Respondent(s) | Chapter 13<br><br>Case Number: 25-13587-amc |

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC and §1301, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Joseph M. Flood III
1501 N 2nd St Unit 10
Philadelphia, PA 19122-3846
*Debtor(s)*

Bernadette Ferrell
1501 N 2nd St Unit 10
Philadelphia, PA 19122-3846
*Co-Debtor(s)*

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Stern & Eisenberg, PC
*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: December 2, 2025