IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph M. Flood III<br><br>　　　　Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 25-13587-amc |

## CERTIFICATE OF NO RESPONSE

　　I, Daniel P. Jones, attorney for Velocity Commercial Capital, LLC, a California Limited Liability Company, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

　　In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by December 16, 2025. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

　　　　　　　　　　　　　　　　　　　STERN & EISENBERG, PC

　　　　　　　　　　　　　　　　　　　By: /s/Daniel P. Jones
　　　　　　　　　　　　　　　　　　　Daniel P. Jones, Esquire
　　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　　　　　　　　　Phone: (215) 572-8111
　　　　　　　　　　　　　　　　　　　Facsimile: (215) 572-5025
　　　　　　　　　　　　　　　　　　　Bar Number: 321876
　　　　　　　　　　　　　　　　　　　djones@sterneisenberg.com
　　　　　　　　　　　　　　　　　　　Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Joseph M. Flood III<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 25-13587-amc |
|---|---|

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on December 18, 2025 via First Class Mail.

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Joseph M. Flood III
1501 N 2nd St Unit 10
Philadelphia, PA 19122-3846
**Debtor(s)**

                                              STERN & EISENBERG, PC
                                              By: /s/Daniel P. Jones
                                              Daniel P. Jones, Esquire
                                              Stern & Eisenberg, PC
                                              Bar Number: 321876
                                              djones@sterneisenberg.com
                                              Counsel for Movant